845 A.2d 1250

IN THE MATTER OF E. EDWARD BOWMAN, A/K/A
ELMER EDWARD BOWMAN, AN ATTORNEY
AT LAW (ATTORNEY NO. 023801984).

April 23, 2004.

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 03–295, concluding that **E. EDWARD BOWMAN, a/k/a ELMER EDWARD BOWMAN,** of **BRIDGETON,** who was admitted to the bar of this State in 1984, should be suspended from the practice of law for a period of three months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.1(b) (pattern of neglect), *RPC* 1.2(a) (failure to abide by a client's decision), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate with client), *RPC* 1.4(b) (failure to explain a matter to the extent reasonably necessary to permit client to make informed decisions regarding representation), *RPC* 1.16(a) (failure to decline or withdraw from representation of a client when the attorney's physical or mental condition materially impaired ability to represent client), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit, or misrepresentation);

And the Disciplinary Review Board having further concluded that prior to reinstatement to practice, respondent should be required to submit proof of his fitness to practice;

And good cause appearing;

It is ORDERED that **E. EDWARD BOWMAN, a/k/a ELMER EDWARD BOWMAN,** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective May 18, 2004; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that prior to reinstatement to practice, respondent shall submit proof of his fitness to practice law as attested to by a mental health professional approved by the Office of Attorney Ethics; and it is

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.